**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **University of Cincinnati,** | : | **Case No. 1:26-cv-00200** |
| | : | |
| **Plaintiff,** | : | **Judge Barrett** |
| | : | |
| **v.** | : | |
| | : | |
| **Brendan Sorsby,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER GRANTING PLAINTIFF UNIVERSITY OF CINCINNATI'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO MOVE FOR LEAVE TO AMEND COMPLAINT**

Upon motion and for good cause shown, Plaintiff University of Cincinnati's Unopposed Motion for Extension of Deadline to Move for Leave to Amend Complaint is GRANTED. Plaintiff shall have to and including fourteen (14) days following the filing of Defendant's Answer to move for leave to amend its Complaint.

IT IS SO ORDERED.

________________________________
UNITED STATES DISTRICT JUDGE